# Resolution
# &
# Memorial Honoring

## James M. Sullivan

*Assistant United States Attorney*

### Recognition of His Life of Service to The United States

**Thursday, July 20, 2023 at 1:00 pm**

Courtroom #8 – Charles R. Jonas Federal Building

401 West Trade Street – Charlotte, NC – 28202

# RESOLUTION AND MEMORIAL
# IN MEMORY OF
# JAMES MICHAEL SULLIVAN

FILED
CHARLOTTE, NC
JUL 28 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

May it please the Court, Chris, members of the Bar, and friends of Jim: On behalf of the Mecklenburg County Bar, we present this Resolution and Memorial honoring the life and memory of our former colleague and friend, James "Jim" Sullivan.

Jim was born on January 19, 1955, and was raised primarily in Bethesda, Maryland. He was the son of William Michael Sullivan, Sr., and Doris Neve Sullivan. Jim was always so proud of his Father's service to our Nation in the United States Army during the Korean War. As Jim recounted, in 1950, when the North Korean Army attacked South Korea, Lieutenant William Michael Sullivan, a member of the 11th Field Artillery, attached to the 24th Infantry Division, was among the first troops shipping out of the Japanese island of Kyusha to the defense of South Korea. Lieutenant Sullivan fought from the Pusan Perimeter all the way to the Yalu River, which bordered China, and then was pushed back to Seoul. Lieutenant Sullivan's unit sustained approximately fifty percent casualties, and served our Nation with distinction in an extremely challenging time. His commitment to service to our Nation would be carried on by his son Jim.

After graduating from Walt Whitman High School, Jim attended Hillsdale College, a classical liberal arts college in southern Michigan. In 1975, Jim graduated *summa cum laude* with a major in Economics and Business Administration. Throughout his life, he applauded the values embodied by Hillsdale College, which sought to combine moral and social instruction to develop the minds and improve the hearts of its students.

Jim taught accounting, business, and business law at an inner-city vocational school, and worked in Healy, Alaska (outside of Denali National Park), and in a cherry orchard on Flathead Lake, Montana (just south of Glacier National Park).

In August 1976, Jim matriculated to Georgetown University Law School, where he graduated *cum laude*. After passing the bar, Jim's first job was in the Law Department at the Marriott Corporation in Bethesda, Maryland. He enjoyed talking about his experience working with and advising J.W. "Bill" Marriott as he led the Marriott Corporation.

In early 1981, Jim joined the staff of Senator John East's subcommittee of the United States Senate Judiciary Committee. He enjoyed talking about the experience of working with Senator East on the Senate Judiciary Committee. In the summer of 1983, he moved on to be Legislative Counsel for the Civil Rights Division of the Department of Justice, where he worked with Assistant Attorney General William Bradford Reynolds.

While at Main Justice, Jim fell in love with Chris Grubert, and they married in the fall of 1984. The first of four children (Tim) arrived in December 1986, and their second (Johnny) in June 1989. During that time, Jim joined a suburban law firm to practice in the area of construction litigation.

On October 20, 1986, following a stint as SAUSA, Jim began serving as a criminal AUSA for the Eastern District of Virginia in Alexandria, Virginia, where he served until the summer of 1988. While an AUSA in Alexandria, Jim worked on "Washington's Pizza Connection Case."

When the opportunity arose to join as civil AUSA in the less congested and more affordable WDNC, Jim and Chris, and their growing family, moved to Charlotte, where their two daughters were born in 1993 (Julie) and 1996 (Tiffany). Julie and Caleb married in September, 2020, bringing a son-in-law into the family.

During his thirty-two years as an AUSA in the WDNC, Jim's civil litigation covered a wide variety of cases, ranging from employment discrimination, constitutional torts, Federal Tort Claims Act, Freedom of Information Act (FOIA), immigration, bankruptcy, and state court litigation.

His colleagues at the United States Attorney's Office remember Jim as an outgoing and gregarious person, who always had a smile on his face and a word of encouragement. His kindness and consideration was apparent in all that he did, and he was never heard to say a negative word about anyone.

Jim enjoyed serving in the church, serving as Assistant Scoutmaster, meeting in a 20-year Bible study group, playing tennis, hiking, running, bicycling, swimming, traveling, and working in the yard.

Jim gave back to the community in a variety of ways, but most prominent to the legal community had been his role in the Federalist Society, an organization of members who believe and trust that individual citizens can make the best choices for themselves and society.

Jim's proudest achievements were being married to Chris, and being parent to his wonderful children and son-in-law. With a strong sense of adventure and a desire to travel, Jim led his Family on numerous cross-country family trips and visited national parks and historic sites in 35+ states.

On June 24, 2022, Jim passed away peacefully, with his Family at his side, after a courageous and difficult battle with cancer. Throughout, Jim's strong faith in his Lord and Savior Jesus Christ was exemplary throughout his fight, and his smile was always bright when faced with difficult challenges.

One of Jim's favorite Biblical verses was 1 Corinthians 13:1-13, NKJV, which ends with

> "And now abide faith, hope, love, these three, but the greatest of these is love."

> In his last message to the United States Attorney's Office, Jim said "Keep the faith, hope and love flowing . . . ."

We will always remember Jim's smile, professionalism, and commitment to God, Family, and Country.

If it please the Court, with the highest respect and appreciation for James Michael Sullivan, on behalf of the Mecklenburg County Bar, we move that:

1. When the Court adjourns this session, it do so in memory of and out of respect for James Michael Sullivan.

2. The original of this Resolution and Memorial be received by the Court and inscribed in its minutes; and

3. Copies of this Resolution and Memorial be made available to Chris Sullivan, his widow.

| Presenter | President, Mecklenburg County Bar |
|---|---|
| *Dena J. King* (signature) | *Cary B Davis* (signature) |
| Dena J. King<br>United States Attorney | Cary Davis<br>N.C. State Bar No. 36172 |

*Heather W. Culp* (signature)

Heather Culp
N.C. State Bar No. 30386

**Committee on Memorials**

*Robert J. Conrad* (signature)

Honorable Robert J. Conrad, Jr.
N.C. State Bar No. 13876

*Karen Eady-Williams* (signature)

Honorable Karen Eady-Williams
N.C. State Bar No. 19485